IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHERYL A. ELKINTON,

    Plaintiff,

v.

PRESIDENT OF US AT ALL and
BARACK OBAMA,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-769-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for lack of subject matter jurisdiction.

_____    11/6/12
Peter Oppeneer, Clerk of Court    Date